Manhattan Commercial Company, Plaintiff, v. Frank Paul, Defendant. — Exceptions overruled and judgment directed for plaintiff for $1,059.25, with interest from March 20, 1913, and with costs of this action and of the appeal, on authority of *York* v. *Conde* (147 N. Y. 486). Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ., concurred.

Metta F. Merchant, as Administratrix, etc., Respondent, v. George M. Ryall, Appellant, and Others, Defendants.— Order modified by directing that the matter covered by the sixtieth amendment to the proposed case on appeal be printed in the record on appeal in question and answer as it appears in the stenographer's minutes; and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Laura Van Zandt Owens, Appellant, v. William Wynant Van Zandt and Others, Respondents, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Burr, Thomas, Rich, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Robert Anderson, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

The People of the State of New York, Respondent, v. George Lyons, Appellant.— Judgment of conviction of the County Court of Westchester county affirmed. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

The People of the State of New York ex rel. William F. Bowden, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York ex rel. Richard L. Sanguinitto, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. No opinion, Burr, Thomas and Putnam, JJ., concurred; Jenks, P. J., and Carr, J., dissented.

Emory B. Remington, Appellant, v. Shults Bread Company, Respondent.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the question of plaintiff's contributory negligence was one of fact for the jury, under the circumstances of the proof. (*Hickman* v. *Schimper & Co.*, 125 App. Div. 216.) Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Annie Schragger, as Mother and as General Guardian of Florence Reiben, Appellant, v. Adolph P. Reiben, Respondent.— Judgment affirmed,